DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
GAMES, JOHN WILLIAM and
GAMES, KIMBERLY SUE

Case No. 05-07213-FLK13

Debtors

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $2,870.42, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| GAMES, JOHN WILLIAM and GAMES, KIMBERLY SUE | 341 RUDKIN ROAD SELAH, WA 98942 | $2,870.42 |

Dated: December 10, 2010

DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4875493     12-29-10     $2870.42